UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV 02-00104-NM(BQRx)          Date  1/8/02

TITLE:  Charles Britton, Etc. -v- Homestore.com, Inc., et al

PRESENT:

HON. NORA M. MANELLA JUDGE

| Judith Hurley | N/A |
| Deputy Clerk | Court Reporter |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| N/A | N/A |

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the above-entitled action has been recently assigned to this Court. The correct number for this case is now CV02-00104-NM(BQRx). All subsequent documents filed with the court must reflect this case number. Judge Manella is located in Courtroom 11, Spring Street Level, 312 N. Spring St., Los Angeles, Ca. A copy of this Court's Standing Order is enclosed.

ENTER ON ICMS

JAN - 9 2002

cc: Counsel of Record

MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL-GEN

