SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JUN - 4 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of Transfer of Cases to Visiting )
Judge Robert H. Whaley )
)
)
)
)
)

CV02-104-GAF(CWx)

ORDER FOR REASSIGNMENT

WHEREAS, Judge Robert H. Whaley has agreed to the transfer of the following related cases, these cases are hereby transferred from the calendar of Judge Gary A. Feess to the calendar of Judge Robert H. Whaley for all further proceedings.

| | |
|---|---|
| CV 01-11115-GAF(CWx) | T. Jeffrey Simpson v. Homestore.Com, Inc., et al |
| CV 01-11190-GAF(CWx) | Shaya Hirsch v. Homestore.Com, Inc., et al |
| CV 01-11194-GAF(CWx) | Steven Schmalz v. Homestore.Com, Inc., et al |
| CV 02-78-GAF(CWx) | Joseph Nesco v. Homestore.Com., Inc., et al |
| CV 02-80-GAF(CWx) | Barry Katz v. Homestore.Com, Inc., et al |
| CV 02-104-GAF(CWx) | Charles Britton v. Homestore.Com, Inc., et al |
| CV 02-116-GAF(CWx) | Zuri Idoeta v. Homestore.Com., Inc., et al |
| CV 02-136-GAF(CWx) | John Abbarmondi v. Homestore.Com, Inc., et al |
| CV 02-137-GAF(CWx) | Tim Keeling v. Homestore.Com, Inc., et al |
| CV 02-216-GAF(CWx) | Patricia Rosa v. Homestore.Com, Inc., et al |
| CV 02-221-GAF(CWx) | Jennifer C. Fink v. Homestore.Com, Inc., et al |
| CV 02-544-GAF(CWx) | Larry B. Seegar v. Homestore.Com, Inc., et al |
| CV 02-917-GAF(CWx) | David Bienstock v. Homestore.Com, Inc., et al |
| CV 02-1052-GAF(CWx) | Jerry Krim v. Homestore.Com, Inc., et al |
| CV 02-1095-GAF(CWx) | Ethan Erik Applen v. Homestore.Com, Inc., et al |
| CV 02-1100-GAF(CWx) | Jacob Berger v. Stuart H. Wolff, et al |
| CV 02-1277-GAF(CWx) | Steven R. Reitzfeld v. Homestore.Com, Inc., et al |
| CV 02-1337-GAF(CWx) | Donald Goldstein v. Homestore.Com, Inc., et al |
| CV 02-1341-GAF(CWx) | Stanford Baratz v. Homestore.Com, Inc., et al |
| CV 02-1427-GAF(CWx) | Dee Scheidker v. Homestore.Com, Inc., et al |
| CV 02-3553-GAF(CWx) | Memberworks, Inc. v. Homestore.Com, Inc., et al |

Dated: June 4, 2002

Judge Nora Manella
Vice Chair, Case Management and Assignment Committee

ENTERED ON ICMS 6/6/02