# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



In the Matter of the Return of Cases from ) CV02-104-RHW (CWx)
Visiting Judge Robert H. Whaley )
) ORDER VACATING
) REASSIGNMENT
)
)
)
_____ )

The Order For Reassignment filed June 4, 2002 is hereby VACATED. The cases listed below are hereby returned to the calendar of Judge Gary A. Feess for all further proceedings.

| | |
|---|---|
| CV 01-11115-RHW(CWx) | T. Jeffrey Simpson v. Homestore.Com, Inc., et al |
| CV 01-11190-RHW(CWx) | Shaya Hirsch v. Homestore.Com, Inc., et al |
| CV 01-11194-RHW(CWx) | Steven Schmalz v. Homestore.Com, Inc., et al |
| CV 02-78-RHW(CWx) | Joseph Nesco v. Homestore.Com., Inc., et al |
| CV 02-80-RHW(CWx) | Barry Katz v. Homestore.Com, Inc., et al |
| CV 02-104-RHW(CWx) | Charles Britton v. Homestore.Com, Inc., et al |
| CV 02-116-RHW(CWx) | Zuri Idoeta v. Homestore.Com., Inc., et al |
| CV 02-136-RHW(CWx) | John Abbarmondi v. Homestore.Com, Inc., et al |
| CV 02-137-RHW(CWx) | Tim Keeling v. Homestore.Com, Inc., et al |
| CV 02-216-RHW(CWx) | Patricia Rosa v. Homestore.Com, Inc., et al |
| CV 02-221-RHW(CWx) | Jennifer C. Fink v. Homestore.Com, Inc., et al |
| CV 02-544-RHW(CWx) | Larry B. Seegar v. Homestore.Com, Inc., et al |
| CV 02-917-RHW(CWx) | David Bienstock v. Homestore.Com, Inc., et al |
| CV 02-1052-RHW(CWx) | Jerry Krim v. Homestore.Com, Inc., et al |
| CV 02-1095-RHW(CWx) | Ethan Erik Applen v. Homestore.Com, Inc., et al |
| CV 02-1100-RHW(CWx) | Jacob Berger v. Stuart H. Wolff, et al |
| CV 02-1277-RHW(CWx) | Steven R. Reitzfeld v. Homestore.Com, Inc., et al |
| CV 02-1337-RHW(CWx) | Donald Goldstein v. Homestore.Com, Inc., et al |
| CV 02-1341-RHW(CWx) | Stanford Baratz v. Homestore.Com, Inc., et al |
| CV 02-1427-RHW(CWx) | Dee Scheidker v. Homestore.Com, Inc., et al |
| CV 02-3553-RHW(CWx) | Memberworks, Inc. v. Homestore.Com, Inc., et al |

Dated: June 7, 2002

Judge Nora Manella
Vice Chair, Case Management and Assignment Committee

ENTERED ON ICMS 6/10/02