SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 6 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

In the Matter of Transfer of Cases to Visiting Judge Marsha J. Pechman )
)
)
)
)
)
)

CV02-104-GAF(CWx)

ORDER FOR REASSIGNMENT

WHEREAS, Judge Marsha J. Pechman has agreed to the transfer of the following related cases, these cases are hereby transferred from the calendar of Judge Gary A. Feess to the calendar of Judge Marsha J. Pechman for all further proceedings.

| Case Number | Case Name |
|---|---|
| CV 01-11115-GAF(CWx) | T. Jeffrey Simpson v. Homestore.Com, Inc., et al |
| CV 01-11190-GAF(CWx) | Shaya Hirsch v. Homestore.Com, Inc., et al |
| CV 01-11194-GAF(CWx) | Steven Schmalz v. Homestore.Com, Inc., et al |
| CV 02-78-GAF(CWx) | Joseph Nesco v. Homestore.Com., Inc., et al |
| CV 02-80-GAF(CWx) | Barry Katz v. Homestore.Com, Inc., et al |
| CV 02-104-GAF(CWx) | Charles Britton v. Homestore.Com, Inc., et al |
| CV 02-116-GAF(CWx) | Zuri Idoeta v. Homestore.Com., Inc., et al |
| CV 02-136-GAF(CWx) | John Abbarmondi v. Homestore.Com, Inc., et al |
| CV 02-137-GAF(CWx) | Tim Keeling v. Homestore.Com, Inc., et al |
| CV 02-216-GAF(CWx) | Patricia Rosa v. Homestore.Com, Inc., et al |
| CV 02-221-GAF(CWx) | Jennifer C. Fink v. Homestore.Com, Inc., et al |
| CV 02-544-GAF(CWx) | Larry B. Seegar v. Homestore.Com, Inc., et al |
| CV 02-917-GAF(CWx) | David Bienstock v. Homestore.Com, Inc., et al |
| CV 02-1052-GAF(CWx) | Jerry Krim v. Homestore.Com, Inc., et al |
| CV 02-1095-GAF(CWx) | Ethan Erik Applen v. Homestore.Com, Inc., et al |
| CV 02-1100-GAF(CWx) | Jacob Berger v. Stuart H. Wolff, et al |
| CV 02-1277-GAF(CWx) | Steven R. Reitzfeld v. Homestore.Com, Inc., et al |
| CV 02-1337-GAF(CWx) | Donald Goldstein v. Homestore.Com, Inc., et al |
| CV 02-1341-GAF(CWx) | Stanford Baratz v. Homestore.Com, Inc., et al |
| CV 02-1427-GAF(CWx) | Dee Scheidker v. Homestore.Com, Inc., et al |
| CV 02-3553-GAF(CWx) | Memberworks, Inc. v. Homestore.Com, Inc., et al |

Dated: June 24, 2002

Judge Nora Manella
Vice Chair, Case Management and Assignment Committee

ENTERED ON ICMS 6/26/02