

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Britton<br><br>PLAINTIFF(S),<br>v.<br><br>Homestore.com, Inc., et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 02-104-MJP(CWx) - consolidated with CV 01-11115-GAF(CWx)<br><br>**NOTICE OF REASSIGNMENT OF CASE** |

To: All Counsel Appearing of Record

Pursuant to Order of the Court filed  May 14, 2004 (attached)  . You are hereby notified that this case has been transferred to the calendar of ____ Gary A. Feess ____ for:

☒ all further proceedings;
☐ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 194.
☐ other: _____

Please substitute the initials of the newly assigned ____ GAF ____ so that the new case number will read: CV 02-104-GAF(CWx) ____ . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

By _____

Deputy Clerk

ENTERED ON CM 6/4/04

Priority    ✗
Send       ✗
Enter      ___
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

**ORIGINAL**



FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re HOMESTORE.COM, INC. SECURITIES LITIGATION

No. C01-11115 MJP (CWx)

ORDER TRANSFERRING CASE

This case is transferred in greatest part to the Honorable Gary A. Feess. All current dates and deadlines will hold until specifically modified. The Honorable Marsha J. Pechman will remain the referral judge for the following issues:

1. Any motion for clarification of the recently issued summary judgment orders should be submitted to Judge Pechman for decision.

2. Judge Pechman will retain control over all aspects of the administration of the Homestore.com, Inc. class settlement, including the recently filed stipulation for entry of final judgment.

3. Judge Pechman will also make rulings on 1) the stipulation regarding deposition designation and motions in limine; and 2) Peter Tafeen's motion for withdrawal of counsel and to proceed pro per.

The Clerk is directed to send a copy of this order to all counsel of record.

Dated: May 14, 2004.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER TRANSFERRING CASE - 1



ENTERED ON CM ___