DUPLICATE ORIGINAL

**SEND**

FILED
CLERK, U S DISTRICT COURT
JUN - 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HOMESTORE.COM, INC.<br>SECURITIES LITIGATION | CASE NUMBER: CV 01-11115-GAF<br>✓CV 02-104 GAF (CWx)<br>AND ALL CONSOLIDATED AND RELATED ACTIONS<br>[as indicated on the attached list]<br><br>ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled cases were assigned, is hereby of the opinion that he should not preside over said cases, by reason of *[please use additional sheets if necessary]*:

<u>Personal relationship with counsel for defendant, Price Waterhouse</u>

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

Within 120 days of the Court being re-assigned said cases.

Dated: <u>June 2, 2004</u>

_____
JUDGE GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge <u>Ronald S. W. Lew</u>. On all documents subsequently filed in this case, please substitute the initials <u>RSWL</u> after the case number in place of the initials of the prior Judge so that the case number will read: <u>CV 02-104 RSWL (CWx)</u>.

This is very important because documents are routed to the assigned Judge by means of the initials.

ENTERED ON CM 6/4/04

CV-52 (10/98)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL (Sec. 3.3 of GO 224)



CV 01-11115-GAF(Cwx)    T. Jeffrey Simpson v. Homestore.com, Inc., et al.

CONSOLIDATED WITH:

| | |
|---|---|
| CV 01-11190-GAF(CWx) | Shaya Hirsch v. Homestore.com, Inc., et al. |
| CV 01-11194-GAF(Cwx) | Steven Schmalz v. Homestore.com, Inc., et al. |
| CV 02-78-GAF(Cwx) | Joseph Nesco v. Homestore.com, Inc., et al. |
| CV 02-80-GAF(Cwx) | Barry Katz v. Homestore.com, Inc., et al. |
| CV 02-104-GAF(Cwx) | Charles Britton v. Homestore.com, Inc., et al. |
| CV 02-116-GAF(Cwx) | Zuri Idoeta v. Homestore.com, Inc., et al. |
| CV 02-136-GAF(Cwx) | John Abbarmondi v. Homestore.com, Inc., et al. |
| CV 02-137-GAF(Cwx) | Tim Keeling v. Homestore.com, Inc., et al. |
| CV 02-216-GAF(Cwx) | Patricia Rosa v. Homestore.com, Inc., et al. |
| CV 02-221-GAF(Cwx) | Jennifer C. Fink v. Homestore.com, Inc., et al. |
| CV 02-544-GAF(Cwx) | Larry B. Seegar v. Homestore.com, Inc., et al. |
| CV 02-917-GAF(Cwx) | David Bienstock v. Homestore.com, Inc., et al. |
| CV 02-1052-GAF(Cwx) | Jerry Krim v. Homestore.com, Inc., et al. |
| CV 02-1095-GAF(Cwx) | Ethan Erik Applen v. Homestore.com, Inc., et al. |
| CV 02-1100-GAF(Cwx) | Jacob Berger v. Stuart H. Wolff, et al. |

AND THE FOLLOWING RELATED CASES:

| | |
|---|---|
| CV 02-1277-GAF(Cwx) | Steven R. Reitzfeld v. Homestore.com, Inc., et al. |
| CV 02-1337-GAF(Cwx) | Donald Goldstein v. Homestore.com, Inc., et al. |
| CV 02-1341-GAF(Cwx) | Stanford Baratz v. Homestore.com, Inc., et al. |
| CV 02-1427-GAF(Cwx) | Dee Scheidker v. Homestore.com, Inc., et al. |