**ORIGINAL**

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
<u>CIVIL MINUTES CLOSING</u>

SEND

Date: <u>July 26, 2004</u>

LEAD CASE: <u>CV 01-11115-RSWL</u>

Consolidated and related:
Case Nos.  <u>CV 01-11190-RSWL; CV 01-11194-RSWL; CV 02-78-RSWL; CV 02-80-RSWL;</u>
<u>CV 02-104-RSWL; CV 02-116-RSWL; CV 02-136-RSWL; CV 02-137-RSWL;</u>
<u>CV 02-216-RSWL; CV 02-221-RSWL; CV 02-544-RSWL; CV 02-917-RSWL;</u>
<u>CV 02-1052-RSWL; CV 02-1095-RSWL; CV 02-1100-RSWL; CV 02-1277-RSWL;</u>
<u>CV 02-1337-RSWL; CV 02-1341-RSWL; CV 02-1427-RSWL</u>

Title:     IN RE: HOMESTORES.COM

===============================================================================
PRESENT:   <u>HONORABLE RONALD S. W. LEW</u>

           <u>    Kelly Davis    </u>                    <u>   Not Present   </u>
              Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS              ATTORNEYS PRESENT FOR DEFENDANTS

        Not Present                                   Not Present


PROCEEDINGS:    (In Chambers)

The above consolidated and related cases are hereby administratively closed.
All pleadings and/or filings shall be filed under the lead case only.

Counsel in each of the consolidated and related cases above are hereby ordered
to file a Notice of Appearance in the lead case, if not already done.


DOCKETING CLERK:  JS 6 all the consolidated and related cases as stated above.



12

CV 74 (3/87)                                         Initials of Deputy Clerk <u>kd</u>